In the Matter of the Claim of MARY LEARY, Appellant, against M. J.

DALEY & Co., INC., and Another, Respondents, and STATE INSURANCE FUND. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed.